UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLIN EUGENE DAUGHRITY,<br><br>              Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>              Defendant. | No.   2:14-CV-0126-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Remand is **GRANTED**. The matter is **REMANDED** for further proceedings consistent with this Court's Order.

DATED: April 29, 2015

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By: *s/Michelle Fox*
                                             Deputy Clerk